LAW OFFICES OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T:(707) 595-4474\ F:(707) 540-6298
E: elg@guzmanlaw.org

Attorney for Defendant
Omari Evans

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12CR0495-SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ALLEY *et al.*, | OAKLAND VENUE |
| Defendant. | Current Court Date: Jan 7, 2013 09:30 AM |
| | Proposed Court Date: Jan 11, 2013 09:30 AM |
| | Location:  Courtroom 4, 3rd Floor |

The above-captioned case is currently scheduled for a status conference on January 7, 2013 at 09:30 A.M.  However, counsel for Mr. Evans is scheduled has a conflict on that date. Accordingly, the parties have agreed to vacate the January 7, 2013 hearing date, and continue the status hearing to January 11 at 09:30 A.M.

1   Furthermore, the parties stipulate and jointly request that time be excluded from the
2   Speedy Trial Act calculations from January 7, 2012, through January 11, 2013 for continuity,
3   effective preparation of counsel, and preparation for trial.
4   The parties agree that the ends of justice served by granting such a continuance outweighed
5   the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).
6   To date, all time has been excluded under the SpeedyTrialAct, Title18, United States Code,
7   Section 3161 and seventy days therefore remain on the Speedy Trial clock.
8
9   IT IS SO STIPULATED
10
11    12/31/12                                                /s/
12  DATED                                              MELINDA HAAG
                                                       United States Attorney
13                                                     Northern District of California
                                                       JAMES MANN
14                                                     Assistant United States Attorney
15
16
17    12/31/12                                                  /s/
18  DATED                                              ERICK L. GUZMAN
19                                                     Attorney for Mr. Evans
20
21
22
23
24
25
26
27
28

Stip. and [~~Proposed~~] order continuing status       2              Case No. CR-12-0495-SBA
conference.

## [~~PROPOSED~~] ORDER

For good cause shown, the motion hearing now scheduled for January 7, 2013 is vacated. The matter shall be added to the Court's calendar on January 11 at 9:30 A.M.

In addition, for the reasons stated above, the Court finds that an exclusion of time from January 7, 2013 through January 11, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

1/4/13
DATED

HON. KANDIS A. WESTMORE
United States Magistrate Judge