BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:   (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-00495 SBA |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF HEARING DATE; [~~PROPOSED~~] ORDER |
| v. | |
| OMARI EDRICE EVANS, | Current Hearing Date:  April 29, 2016<br>Proposed Hearing Date:  May 11, 2016 |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Omari Edrice Evans (defendant), by and through his counsel of record, Erick Guzman, hereby stipulate as follows:

    1.    Defendant is presently scheduled for an identification of counsel hearing before this Court on Friday, April 29, 2016 regarding his pending Form 12 Petition which alleges that defendant violated the terms and conditions of his supervised release.

2.	Due to the unavailability of his counsel on the presently scheduled hearing date, counsel for defendant and the government respectfully request that the matter be continued to 9:30 a.m. on Wednesday, May 11, 2016.  The USPO concurs with the continuance.

IT IS SO STIPULATED.

Dated: April 28, 2016                         BRIAN J. STRETCH
                                              United States Attorney

                                              /S/   *Garth Hire*
                                              GARTH HIRE
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA


  /S/  *per e-mail authorization*                     4/29/2016
ERICK GUZMAN                                          Date
Attorney for Defendant
Omari Edrice Evans

### [PROPOSED] ORDER

The Court has read and considered the Stipulation Regarding Request for Continuance of Hearing Date.  The Court hereby finds that the Stipulation provides good cause for a continuance.

THEREFORE, FOR GOOD CAUSE SHOWN:

The hearing for identification of counsel in this matter scheduled for April 29, 2016, is continued to 9:30 a.m. on Wednesday, May 11, 2016.

IT IS SO ORDERED.


 4/28/16                                              *Kandis Westmore*
DATE                                                  HON. KANDIS A. WESTMORE
                                                      UNITED STATES MAGISTRATE JUDGE