ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-12-00495-SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| **OMARI EVANS**, | Current Date: June 8, 2016 at 9:30 A.M. |
| Defendant. | Proposed Date: June 27, 2016 at 9:30 A.M. |

The status hearing is currently scheduled for June 8, 2016.  Due to scheduling conflicts, defense counsel is requesting that the above hearing be rescheduled to June 27, 2016 at 9:30 A.M.

DATED: June 7, 2016                    Respectfully submitted,


By

/s/_____
Erick L. Guzman
Attorney for Omari Evans



/s/_____
Garth Hire
Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

The status hearing currently scheduled for June 7, 2016 is rescheduled for June 27, 2016 at 9:30 A.M.

**IT IS SO ORDERED.**

Dated: 6/7/16

_Kandis Westmore_
HON. KANDIS A. WESTMORE
United States Magistrate Judge